IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LORRI COCHRANE,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security<br><br>    Defendant. | Civ. No. 05-6295-CL<br><br><br><br><br>**ORDER** |

**PANNER, District Judge:**

    Magistrate Judge John P. Cooney filed Findings and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

    I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Findings and Recommendation of Magistrate

1 - ORDER

Judge Cooney.

## CONCLUSION

Magistrate Judge Cooney's Findings and Recommendation (#20) is adopted. The Commissioner's decision is affirmed.

IT IS SO ORDERED.

DATED this ___ day of May, 2007.

	*/s/ Owen M. Panner*
	OWEN M. PANNER
	U.S. DISTRICT JUDGE

2 - ORDER